RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **SCOTT GRIFFIN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT GRIFFIN,<br><br>Defendant. | 2:12-MJ-053-PAL<br><br>**REQUEST TO VACATE CONFIRMATION OF COUNSEL HEARING**<br>(Expedited Request) |

IT IS HEREBY REQUESTED, by Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for SCOTT GRIFFIN, that the Confirmation of Counsel hearing currently scheduled for February 14, 2012 at 11:30 a.m., be vacated, based on the following facts and in accordance with the courts previously filed instruction:

1.  On February 6, 2012, client had an Initial Appearance. The Federal Public Defender's Office was appointed. However, client indicated that he may wish to hire private counsel. This court granted Mr. Griffin one week to retain counsel. This court further indicated that in the event that Mr. Griffin was unable to retain counsel, defense counsel could notify the court and the hearing would be vacated.

2.  On February 8, 2012, Mr. Griffin notified defense counsel and expressed his inability to hire counsel at this time and desired to proceed with the Federal Public Defender's office.

///

1    3. As such, defense counsel asks that the Confirmation of Counsel hearing set
2    for February 14, 2012 at 11:30 a.m. be vacated.

4    DATED:    February 8, 2012

                                    RENE L. VALLADARES
                                    Federal Public Defender


                                    By: /s/ Raquel Lazo
                                    RAQUEL LAZO
                                    Assistant Federal Public Defender

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT GRIFFIN,<br><br>Defendant. | 2:12-MJ-053-PAL<br><br>ORDER |

ORDER

IT IS THEREFORE ORDERED Confirmation of Counsel hearing set for February 14, 2012 at 11:30 a.m. is hereby vacated and this matter proceed to bench trial on Wednesday, March 14, 2012 at 9:00 a.m. . as previously ordered.

DATED   Hgdtwct{";."            2012

_____
UNITED STATES MAGISTRATE JUDGE

3